UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
KIRAN VUPPALA, :
:
Plaintiff, :
: 23-CV-299 (VSB)
-against- :
: **ORDER**
:
403 LAFAYETTE LLC, a New York limited :
liability company, d/b/a PARK IT :
MANAGEMENT CORP, and KALODOP II :
PARK CORP., a New York corporation, :
:
Defendants. :
:
----------------------------------------------------------- X

**VERNON S. BRODERICK, United States District Judge:**

      Plaintiff filed this action on January 12, 2023, (Doc. 1), and filed an affidavit of service on March 18, 2023, (Doc. 8). The deadline for Defendants to respond to Plaintiff's complaint was February 24, 2023. (*See* Doc. 8.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 7, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 30, 2023
           New York, New York

                                                                              _____
                                                                                  VERNON S. BRODERICK
                                                                                   United States District Judge